UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | 3:09-md-02100-DRH <br><br> MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Heather Bishop, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 11-cv-10942-DRH |
| *Paula Bruno, et al. v. Bayer Corporation, et al.* | No. 12-cv-11521-DRH |
| *Carmaletia L. Cruz, et al. v. Bayer Pharmaceuticals Corporation, et al* | No. 10-cv-12481-DRH |
| *Jennifer Cruz v. Bayer Corporation, et al.* | No. 11-cv-20161-DRH |
| *Keli Chase Mbaye v. Bayer Corporation, et al.* | No. 10-cv-20269-DRH |
| *Donna Shirley v. Bayer Corporation, et al.* | No. 09-cv-10119-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant this Order of Dismissal and/or the stipulations or orders of dismissal previously entered in the case, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                    **JUSTINE FLANAGAN,**
                    **ACTING CLERK OF COURT**

                    **BY:** /s/*Caitlin Fischer*
                            **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.08.24 10:50:35 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT